**WO**

1

2

3

4

5          IN THE UNITED STATES DISTRICT COURT

6             FOR THE DISTRICT OF ARIZONA

7

8    United States of America,              )
                                            )     CR12-08243-001-PCT-MEA
9              Plaintiff,                    )
                                            )     **ORDER**
10   vs.                                     )
                                            )
11                                           )
                                            )
12   Richard Etsitty,                        )
                                            )
13             Defendant.                    )
     _____        )

14

15

16        The defendant appeared in court with counsel. The defendant's probable cause hearing

17   was waived and the detention hearing was submitted by defendant through defense counsel.

18    The Court finds probable cause to believe the defendant violated the terms of his supervised

19   release as alleged in the petition.

20        IT IS ORDERED that the defendant is detained as flight risk and danger, pending

21   further revocation proceedings. Pursuant to Rule 32.1(a)(6) defendant has failed to show he

22   is not a flight risk or a danger.

          DATED this 14th day of March, 2014.

23

24

25   _____
                Mark E. Aspey
26        United States Magistrate Judge

27

28